*Miles F. McDonald, District Attorney (William I. Siegel* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ROSSBACH ASSOCIATES, INC., Appellant and Respondent, *v.* REALTY ASSOCIATES, INC., et al., Respondents and Appellants.

Argued November 18, 1953; decided January 21, 1954.

*Bernard H. Goldstein, Victor S. Gettner* and *Theodore A. Kaufman* for appellant-respondent.

*Alexander Pfeiffer* and *Clarence S. Barasch* for respondents-appellants.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

FRANK BURO, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28954.)   (And Fourteen Other Appeals, Claims Nos. 28955–28962; 28988–28993.)

Argued October 13, 1953; decided January 21, 1954.